*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and FLUHR
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Andy BRAVO**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202500437**

_____

Decided: 4 May 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Todd J. Gaston

Sentence adjudged 24 July 2025 by a special court-martial tried at Marine Corps Base Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 89 days, and a bad-conduct discharge.

For Appellant:
*Major Colin W. Hotard, USMCR*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.